BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (Sate Bar No. 264916)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jmarchese@bursor.com

*Attorneys for Plaintiffs*

**FILED**

NOV - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK McKNIGHT AND JAMES WILSON, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARUS MARKETING GROUP, LLC., a Connecticut corporation; PROVIDE COMMERCE, INC. a Delaware corporation; WHITNEY AUTOMOTIVE GROUP, INC., a Delaware corporation; DOES 1 through 50, inclusive.<br><br>Defendants. | Case Number: C11-01501 SBA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF JAMES WILSON'S REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PRO. 23(e) AND 41(a)<br><br>**Honorable Saundra Brown Armstrong** |

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL
CASE NO. C11-01501 SBA

1  Having considered the Request for Dismissal pursuant to Fed. R. Civ. Pro. 23(e) and 41(a)
2  filed by plaintiff James Wilson in the above captioned case,
3  IT IS HEREBY ORDERED AS FOLLOWS:
4  Plaintiff James Wilson's claims are dismissed without prejudice.  This dismissal is only as to
5  the claims of plaintiff James Wilson and shall have no effect on the claims of any other party to this
6  litigation.

Date: 11-3-11

SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL                                1
CASE NO. C11-01501 SBA